SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Phone: 775-784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS RECINOS-VALDEZ,<br>and<br>KEVIN RECINOS-RUANO,<br><br>Defendant. | 3:25-CR-00010-MMD-CLB<br><br><br>**GOVERNMENT'S NOTICE OF APPEARANCE** |

The United States of America, by and through its attorneys, SIGAL CHATTAH, United States Attorney for the District of Nevada, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, hereby files this Notice of Appearance.

The undersigned, RANDOLPH J. ST. CLAIR, is now assigned as counsel for the above-captioned case. As of this date, all electronic notices, pleadings, motions, and letters for the government should be directed to the undersigned counsel.

DATED this 11th day of June, 2025.

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

/s/ Randolph J. St. Clair
RANDOLPH J. ST. CLAIR
Assistant United States Attorney