RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 South Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for CARLOS RECINOS-VALDEZ

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00010-MMD-CLB |
| Plaintiff, | **MOTION TO CONTINUE** |
| v. | |
| CARLOS RECINOS-VALDEZ, | |
| Defendant. | |

This Court previously granted multiple motions to continue trial given the U.S. Attorney's Office's unlawful composition.[1] Mr. Recinos-Valdez now moves to again continue trial for the same reasons.

As before, nothing has changed. As Mr. Recinos-Valdez has repeatedly identified, this district's U.S. Attorney's Office continues to be unlawfully supervised—and has been for nearly a year.[2] And "judicial interpretation" has continuously reinforced the "uniform view" on

---

[1] ECF No. 79 (first motion); ECF No. 80 (co-defendant joinder); ECF Nos. 83, 84 (hearing minutes granting first motion); ECF No. 97 (second motion); ECF No. 100 (co-defendant joinder); ECF No. 101 (order granting second motion); ECF No. 111 (third motion); ECF No. 113 (order granting third motion).

[2] The government's appeal and the defense's cross-appeal in *United States v. Jackson* remain pending.

that point.[3] Courts addressing these issues "have all reached the same conclusion": "those purporting to act as U.S. Attorneys [a]re doing so unlawfully."[4] Courts have likewise been "not fooled" by government efforts to skirt that result—like the "rhetorical smokescreen" of subdividing U.S. Attorney responsibilities into a so-called "triumvirate" of non-confirmed deputies.[5] These government-driven deficiencies have (as here) resulted in the continuance of various matters in various districts.[6] And the corresponding delays are wholly attributable to the government: "That the DOJ decisionmakers appear to have rushed into making these appointments without first considering the legal strategy is a rookie mistake attributable to no one but them."[7]

Indeed, analogous appointments issues are now affecting other parts of the federal government—with the same result. Beyond the courts addressing various U.S. Attorney issues (all of which have sided with challengers like Mr. Recinos-Valdez), courts have similarly rejected administration efforts to circumvent the FVRA in installing people like Kari Lake to lead the U.S. Agency for Global Media,[8] or Pete Marocco to lead the U.S. African Development Foundation.[9] Even the head of the Department of Justice—acting Attorney General Todd

---

[3] *In re Grand Jury Subpoenas to the Office of the New York State Att'y Gen.*, 2026 WL 686046, at *5 (N.D.N.Y. Mar. 11, 2026).

[4] *Id.*

[5] *United States v. Naviwala*, __ F. Supp. 3d __, 2026 WL 658885, at *23 (D.N.J. Mar. 9, 2026).

[6] *See, e.g.*, Tr., *United States v. Villafane*, No. 3:25-cr-232, ECF No. 39 (D.N.J. Mar. 17, 2026), available publicly at https://www.nytimes.com/interactive/2026/03/17/nyregion/judge-quraishi-hearing-transcript.html?unlocked_article_code=1.T1A.VsJT.4b8OfimTNT56&smid=tw-share; *accord* ECF Nos. 83, 84; ECF No. 101; ECF No. 113.

[7] *Naviwala*, 2026 WL 658885, at *22.

[8] *Widakuswara v. Lake*, __ F. Supp. 3d __, 2026 WL 638676 (D.D.C. Mar. 7, 2026).

[9] *Rural Dev. Innovations Ltd. v. Marocco*, 2026 WL 710260 (D.D.C. Mar. 13, 2026).

2

Blanche—is a non-confirmed appointee whose "acting" FVRA runway will expire in October. This problem is not, in short, likely to end any time soon.

Accordingly, Mr. Recinos-Valdez moves to continue trial and motions deadlines in this matter. He notes that he is concurrently filing a second renewed motion for release given these ongoing government-induced delays. He also reserves the right to pursue any further relief as appropriate.

Dated July 16, 2026.

RENE L. VALLADARES
Federal Public Defender

By:  /s/ Sean A. McClelland
SEAN A. MCCLELLAND
Assistant Federal Public Defender

3

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

CARLOS RECINOS-VALDEZ,

        Defendant.

Case No. 3:25-cr-00010-MMD-CLB

**ORDER**

Based on the defendant's motion to continue, good cause appearing, and the best interest of justice being served,

IT IS THEREFORE ORDERED that the parties herein shall have to and including _____ to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including _____ to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including _____ to file any and all replies.

IT IS FURTHER ORDERED that the calendar call currently scheduled for July 27, 2026, at 9:00 a.m., be vacated and continued to _____ **at 9:00 a.m**.; and the trial currently scheduled for August 18, 2026, at 9:00 a.m., be vacated and continued to _____ **at 9:00 a.m.**

DATED this _____ of _____, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

4